890 A.2d 368

**WHITE DEER TOWNSHIP, Respondent**

v.

**Charles NAPP, Helen Napp, Leonard Caris, Doris Caris, Charlotte Hartranft, and Donald Bird, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 13, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December 2005, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question of whether the Second Class Township Code authorizes municipalities to provide post-retirement medical and health benefits to its employees.